UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Candice Wilhelm<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Blockchain (US), Inc.<br><br>　　　　Defendant. | Case No. 24-cv-01998<br><br>Judge Sharon Johnson Coleman<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE OF VOLUNTARY DISMISSAL**

Now comes Plaintiff, Candice Wilhelm, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: May 23, 2024

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**FRADIN LAW**

　　　　　　　　　　　　　　　　　s/ *Michael L. Fradin*
　　　　　　　　　　　　　　　　　Michael L. Fradin, Esq.
　　　　　　　　　　　　　　　　　8 N. Court St. Suite 403
　　　　　　　　　　　　　　　　　Athens, Ohio 45701
　　　　　　　　　　　　　　　　　Telephone: 847-986-5889
　　　　　　　　　　　　　　　　　Facsimile: 847-673-1228
　　　　　　　　　　　　　　　　　Email: mike@fradinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing

- 1 -

- 2 -

system.

/s/  *Michael L. Fradin*